UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:                                        CASE NO. 07-53519-TJT
REGINALD H FRANKLIN II                         CHAPTER 13 PROCEEDINGS
                                                                     HON. THOMAS J. TUCKER

                    Debtor
_____

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

    The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| REGINALD H FRANKLIN II<br>20299 LAHSER<br>DETROIT, MI 48219-0000<br>SSN: XXX-XX-2455 | N/A | N/A | DEBTOR REFUND | 1267622 | 5/10/10 | $ 65.02 |

DATED: May 21, 2010                                               /s/ TAMMY L. TERRY
                                                                       TAMMY L. TERRY, STANDING
                                                                       CHAPTER 13 TRUSTEE
                                                                       535 GRISWOLD
                                                                       SUITE 2100

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930       2267621
DETROIT, MICHIGAN 48231-1930

0753519   00000   01/14   1267622
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

## OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 05/10/2010  
Payee: CLERK OF US BANKRUPTCY COURT  
Check No: 1267622

| 0753519 | REGINALD H FRANKLIN II | | | 65.02 | 0.00 | 65.02 |
|---|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000  TYPE: | Balance: | | 0.00 | |

---

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.  CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

**TAMMY L. TERRY**  
*TRUSTEE*

**OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT**  
P.O. BOX 31-1930  
Detroit, MI 48231-1930  
(313)967-9857 FAX

64-79/611

**CHECK NO. 1267622**  
SunTrust Bank

FOR REGINALD H FRANKLIN II  
BK:0753519  ACCT:  
PRIN  65.02  INT  0.00

DATE **May 10, 2010**

AMOUNT  *********65.02

PAY  **65.02**  
Sixty-Five And 02 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT  
TRUST ACCOUNT  
VOID OVER $65.02  
VOID 90 DAYS AFTER DATE

TO THE ORDER OF  
CLERK OF US BANKRUPTCY COURT  
% DAVID BOICE/ UNCLAIMED  
211 W FORT ST  
DETROIT, MI 48226

*Tammy L. Terry*  
Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  
REGINALD H FRANKLIN II

CASE NO. 07-53519-TJT  
CHAPTER 13 PROCEEDINGS  
HON. THOMAS J. TUCKER

Debtor

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**STEINBERGER & ASSOCIATES P C**  
**17515 W NINE MILE RD #420**  
**SOUTHFIELD, MI  48075**

**Last Known Address for Debtor:**

**REGINALD H FRANKLIN II**  
**20299 LAHSER**  
**DETROIT, MI  48219**

DATED: May 21, 2010

/s/ TAMMY L. TERRY  
TAMMY L. TERRY, STANDING  
CHAPTER 13 TRUSTEE  
535 GRISWOLD  
SUITE 2100